UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JUSTIN COWAN,<br><br>        Petitioner,<br><br>    v.<br><br>J. SOTO,<br><br>        Respondent. | 1:16-cv-00083-DAD-JLT (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 15) |

    Petitioner has requested the appointment of counsel. There exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). Though Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require" (see Rule 8(c), Rules Governing Section 2254 Cases), here, the interests of justice do not require the appointment of counsel at the present time. Accordingly, the Court **ORDERS** that Petitioner's request for appointment of counsel is **DENIED**.

IT IS SO ORDERED.

    Dated:   **May 29, 2016**                      **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE